UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 07-0425M-01 (CR)** |
| | : | |
| **KAREN TIMBERLAKE,** | : | **VIOLATION: 18 U.S.C. §641** |
| Defendant. | : | **(Theft of Government Property)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Between on or about January 1, 2003 and on or about October 28, 2006, within the District of Columbia, **KAREN TIMBERLAKE**, willfully and knowingly did steal or purloin overtime payments, of the value of $27,048.00, of the goods and property of the United States.

(**Theft of Government Property**, in violation of Title 18 United States Code, Section 641)

    JEFFREY A. TAYLOR
Attorney of the United States in
and for the District of Columbia
Bar No. 498610

BY: _____
JEFFREY PEARLMAN
Assistant United States Attorney
Bar No. 466901
Federal Major Crimes Section
555 4th Street, N.W., Room 4231
Washington, DC 20530
(202) 353-2385