CO-526
(12/86)

**FILED**

JAN 2 5 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 07-291-RBW
)
_Karen Timberlake_ )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x _____
       Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
       Judge

1/25/08