AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
JAN 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISTRICT OF _____

UNITED STATES OF AMERICA
v.
Karen Timberlake

WAIVER OF INDICTMENT

CASE NUMBER: 07-291-RBW

I, __Karen Timberlake__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 25, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x /s/ Karen Timberlake
Defendant

/s/ Cal [illegible]
Counsel for Defendant

Before /s/ Reggie B. Walton
Judicial Officer