UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | CRIMINAL NO.  07-291 |
| v. | : | Judge Reggie B. Walton |
| | : | Sentencing: April 18, 2008 |
| | : | |
| **Karen Timberlake,** | : | |
| | : | |
| **Defendant.** | : | |

**UNITED STATES' MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits its Memorandum in Aid of Sentencing, recommending that the defendant be sentenced to a sentence of 6 months home confinement and restitution. In support thereof, the United States respectfully states the following:

The Presentence Investigation Report accurately acknowledges the facts of this case. The government notes the theft in this case amounts to $27,048. The government recommends that the defendant be sentenced to six months home confinement, to be followed by two years of supervised release and five years probation, as well as to pay full restitution back to the Department of Housing and Urban Development. The defendant's systematic and continuous theft of government money requires more significant punishment than simply having the government accept back the money the defendant stole. The government's proposed sentence underscores the serious nature of the offense and will deter the defendant and others from such schemes in the future. However, the government's proposed sentence also recognizes the defendant's contrition, her willingness to resolve this matter

without delay, as well as the fact that the defendant will need access to employment in order to pay off her debt to the United States.

WHEREFORE, based upon the above discussion, and the information reflected in the presentence report, the United States respectfully recommends a period of six months home confinement and the other terms discussed supra.

>Respectfully,
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>By: _____/s/_____
>Jeff Pearlman
>ASSISTANT UNITED STATES ATTORNEY
>Federal Major Crimes Section
>United States Attorney's Office
>555 Fourth Street, N.W., Room 4231
>Washington, D.C. 20530
>Phone: (202) 353-2385
>Fax: (202) 514-6010
>jeffrey.pearlman@usdoj.gov